UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIERA DENAE OVERHOLT, | No.  2:22-cv-00557 AC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed in forma pauperis. Plaintiff has submitted the affidavit required by section 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them.  Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

It is hereby ORDERED that plaintiff's motion (ECF No. 2) is GRANTED and the Clerk of Court is DIRECTED to issue a scheduling order in this case.

DATED: April 4, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CIERA DENAE OVERHOLT,

        Plaintiff,

    v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

No.  2:22-cv-0557 AC

NOTICE OF SUBMISSION

    Plaintiff has submitted the following documents to the U.S. Marshal, in compliance with the court's order filed _____:

    ____   completed summons form

    ____   completed USM-285 form

    ____   copy of the complaint

    ____   completed form to consent or decline to consent to magistrate judge jurisdiction

_____      _____
Date                                     Plaintiff's Signature

1