Francesco Benavides, CSBN 258924
Law Offices of Francesco Benavides
   1990 N. California Blvd.  8th Floor
   Walnut Creek, CA 94596
   Tel: (925) 222-7071
   Email: francesco@benavidesdisabilitylaw.com

Attorney for Plaintiff
CIERA DENAE OVERHOLT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CIERA DENAE OVERHOLT,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:22-cv-00557-AC<br><br>[~~PROPOSED~~] ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) |

**IT IS ORDERED** that Plaintiff's counsel's Motion for Attorney Fees under 42 U.S.C. § 406(b) is **granted**.  Plaintiff's counsel, Francesco Benavides, is authorized to receive payment of $4,300.00 in attorney fees under 42 U.S.C. § 406(b).  Plaintiff's counsel will refund to Plaintiff $1,275.00, the amount of the attorney fees he previously received under the Equal Access to Justice Act.

DATE: September 16, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE